# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-302 -APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE ROSALES, | |
| Defendant. | |

The parties have filed a Stipulation for a sentence reduction for defendant Jose Rosales. (Dkt. #234.) In that Stipulation, the parties jointly request that I direct the United States Probation Office to submit a reduction of sentence report, confirming Defendant's revised guidelines imprisonment range and describing any public safety factors (including Defendant's institutional history) relevant to this Joint Stipulation and discretionary relief under 18 U.S.C. § 3582(c)(2). Good cause appearing,

IT IS HEREBY ORDERED that, within 30 days of entry of this Order, the Probation Office shall prepare and submit a reduction of sentence report addressing the items discussed above.

Dated: April 7, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE